IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>   v.<br><br>STEVEN KEARNS,<br><br>             Defendant. | 1:05-cr-146-WSD |

**OPINION AND ORDER**

This matter is before the Court on the Report and Recommendation ("R&R") of the United States Magistrate Judge [69] recommending granting Defendant's Motion to Sever Counts One and Two [53]. Because no objections to the Report and Recommendation have been filed, the Court must conduct a plain error review of the record. United States v. Slay, 714 F.2d 1093, 1095 (11th Cir. 1983), cert. denied, 464 U.S. 1050 (1984). After careful review of this R&R, and noting that the Government and Defendant Kearns agree that trial on the Counts of the Indictment should be severed, the Court finds no plain error in the Magistrate Judge's factual or legal conclusions. Accordingly,

**IT IS HEREBY ORDERED** that the Court **ADOPTS AS ITS ORDER** the Magistrate Judge's Report and Recommendation. Defendant 's Motion to Sever

Counts One and Two pursuant to Fed.R.Crim.P.8(a) and 14 [53] is **GRANTED**.

**SO ORDERED** this 15th day of September, 2006.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE